# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

November 26, 2012

William K. Suter
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Re: Abdul Karim Hassan
v. New Hampshire, et al.
Application No. 12A522
(Your No. 12-1280)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Breyer, who on November 26, 2012 extended the time to and including January 27, 2013.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**William K. Suter, Clerk**

by

Clayton Higgins
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**William K. Suter**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Abdul Karim Hassan
215-28 Hillside Avenue
Queens Village, NY 11427


Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA 02210

